The jury rendered a verdict for plaintiff against the remaining defendants, which the trial court, on a reserved motion, set aside, and dismissed the complaint. Plaintiff appeals from the judgment dismissing the complaint on the merits as to all four defendants. Judgment reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. The evidence presented issues of fact as to the liability of each of the defendants. Therefore the court erred in dismissing the complaint, at the close of plaintiff's case, against defendants Levinsohn and Wilensky, and in dismissing the complaint against defendants Bramson and Silver Lane Beverages, Inc., after the verdict was rendered. As to the latter two defendants the verdict was against the weight of the evidence. Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ., concur.

## (February 13, 1945.)

AARON BOGARTZ, an Infant, by JACOB BOGARTZ, His Guardian ad Litem, et al., Respondents, v. VINCENT ASTOR et al., Respondents. ARCY DOLL & TOY MANUFACTURING COMPANY, Appellant.— Motion for allowance of costs and disbursements for former appeal denied, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 795.]

FRANCES BURNS, Plaintiff, v. HENRY T. BURNS, Respondent, and SANFORD H. E. FREUND, Appellant.— Motion referred to the court that rendered the decision. Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Lewis, J., not voting. Motion for reargument granted and upon reargument the order dated October 27, 1944, resettling an order dated October 24, 1944, is reversed on the law and the facts, without costs, and the matter is remitted to Special Term for hearing before the justice who made the order appealed from, and for determination on the facts to be adduced at such hearing. Close, P. J., Hagarty, Johnston and Aldrich, JJ., concur; Carswell, J., dissents and votes to affirm. [See 268 App. Div. 1053.]

LEON COHEN et al., Individually and on Behalf of All Members of Empire State Motion Picture Operators' Union, Inc., Appellants, v. EMPIRE STATE MOTION PICTURE OPERATORS' UNION, INC., et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. The court examined the merits and concluded that there should be an affirmance. It became unnecessary formally to pass upon the merits because the questions involved were academic. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1043.]

COUNTY OF NASSAU, Respondent, v. DAY HARDIE et al., Defendants, and INTERCOUNTY OPERATING CORPORATION et al., Appellants. (Appeals Nos. 1 and 2.) GRACE E. CONNOLLY, Respondent, v. TIMOTHY CURRY et al., Defendants, and INTERCOUNTY OPERATING CORPORATION, Appellant. (Appeals Nos. 1 and 2.) — Motion for reargument of appeals or, in the alternative, to amend decisions denied, without costs. The decisions would seem to be clear that plaintiff in each case is entitled to costs, and in addition thereto, to such disbursements as were incurred only in respect of the parcels of real property in which the appellants are interested. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1066, 1067, 1068; *post*, p. 671.]

HELEN H. HAIMES, Respondent, v. PAUL O. SCHONWIT, as Executor of CORNELIUS J. CRICH, Deceased, Appellant.— Motion for reargument denied, without costs. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 652.]